Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-00215-3 |
| v. | ) | Judge Trauger |
| | ) | |
| VERONICA GLENN GONZALEZ | ) | |

## MOTION TO SEAL

The United States of America, by and through the Assistant United States Attorney, Lynne T. Ingram, respectfully moves this Court to place under seal the plea agreement in this case, docket entry 110.

                                                                                       Respectfully submitted,

                                                                                       EDWARD M. YARBROUGH
                                                                                       United States Attorney for the
                                                                                       Middle District of Tennessee

                                                                                       s/ *Lynne T. Ingram*
                                                                                       LYNNE T. INGRAM
                                                                                       Assistant United States Attorney
                                                                                      110 9th Avenue, South, Suite A-961
                                                                                      Nashville, TN 37203-3870
                                                                                      Phone: 615/736-5151